AO 450 Judgment in a Civil Case

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
AUG 0 3 2009
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

United States of America

V.

One 2004 Case International Compact Tractor, Model D-35, Serial Number. HBA017288, Its Tools and Appurtenances

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   09cv688-IEG(WMC)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the Court **GRANTS** the Motion for Default Judgment. Judgment of Forfeiture is entered against Defendant item, One 2004 Case International Compact Tractor, Model D-35, Serial Number HBA017288, and its Tools and Appurtenances. It is further ordered that any and all rights, title, and interest of all potential claimants in Defendant item is forfeited to the United States of America. ...............................

August 3, 2009
Date

W. Samuel Hamrick, Jr.
Clerk

J. Haslam
(By) Deputy Clerk

ENTERED ON August 3, 2009

09cv688-IEG(WMC)